

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-15-00696-CV

John M. **DONOHUE**,
Appellant

v.

Daniel R. **BUTTS**, Shane Merritt, and Robert Vela, individually and in their official capacities,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09579
Honorable Peter Sakai, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court